UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE ANN GROOMS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:22-CR-00123-DCLC-CRW |

**ORDER**

This matter is before the Court on Defendant's *pro se* Motion [Doc. 3], in which she seeks early termination of her probation sentence. On August 17, 2022, the Southern District of Texas sentenced Defendant to two years' probation following her conviction for one count of conspiracy to transport undocumented aliens within the United States, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(i) [Doc. 1-2, pgs. 1-2]. Defendant has completed over her half of her term of probation, which is set to expire on August 16, 2024, and has not had compliance-related issues with the United States Probation Office. Neither the Probation Office nor the United States opposes Defendant's request for early termination [Doc. 4]. Pursuant to 18 U.S.C. § 3564(c), the Court finds that the motion should be **GRANTED** in the interest of justice. Therefore, Defendant's term of probation is **TERMINATED** as of the date of this Order.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge